

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAMAN EBRAHIMI KASGIMJAN,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  26-cv-282-RSH-SBC

**ORDER DIRECTING PETITIONER'S IMMEDIATE RELEASE**

On January 16, 2026, petitioner Saman Ebrahimi Kasgimjan filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, an applicant for asylum, is detained by U.S. Customs and Immigration Enforcement ("ICE") at the Otay Mesa Detention Center in San Diego, California. *Id.* at 1. Petitioner was arrested on January 25, 2025, and is awaiting a hearing before an immigration judge on his request for asylum. *Id.* at 3, 5.

The same date that the Petition was entered on the Court's docket, the Court ordered a briefing schedule. ECF No. 2. Respondents did not timely file a return or seek an extension of time to do so.

On February 3, 2023, the Court granted the Petition. ECF No. 3. The Court's order stated: "Respondents are directed to arrange an individualized bond hearing for petitioner

Saman Ebrahimi Kasgimjan before an immigration court as described above within ten (10) days of this order." *Id.* at 1-2.

Thereafter, Petitioner filed an Amended Petition stating that, despite the Court's order, Respondents refused to hold a bond hearing. ECF No. 5. The Amended Petition was sent by mail on February 19, 2026, and after receipt by the Clerk's Office was entered on the docket on February 27, 2026. *Id.* The same day, the Court issued the following order: "In light of Petitioner's Amended Petition dated February 19, 2026 [ECF 5], the Court directs Respondents to file a report no later than March 6, 2026, advising the Court on the present status of Petitioners detention, and the timing and outcome of his bond hearing." ECF No. 6. Respondents have not timely filed such a report, or asked for an extension of time to do so.

It therefore appears from the docket that Respondents have complied with none of: (1) the Court's February 21, 2026 order directing a response; (2) the Court's February 3, 2026 order granting the Petition; or (3) the Court's February 27, 2026 order directing the filing of a report. The original Petition included a request that the Court "accept my bond application so that I can be released and pursue my court [case] in the United States." ECF No. 1 at 8. The Court declined to order Petitioner's release, instead directing that Respondents provide a bond hearing. But since Respondents have not done so, the Court instead orders Petitioner's immediate release.

According, the Court **ORDERS** that Respondents *immediately* release petitioner Saman Ebrahimi Kasgimjan from immigration custody. Such release may be subject to appropriate conditions of supervision.

//

//

//

//

//

//

26-cv-282-RSH-SBC

No later than *seven (7) days from the date of this Order*, Respondents shall file a report describing their compliance with this order. Failure to timely release petitioner Saman Ebrahimi Kasgimjan or to timely file a report will result in further appropriate proceedings in this Court.

**IT IS SO ORDERED**.

Dated: March 9, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-282-RSH-SBC